AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

ADAM VICTOR, TRANSNATIONAL MANAGEMENT SYSTEMS, LLC AND TRANSNATIONAL MANAGEMENT SYSTEMS II, LLC,

*Plaintiff(s)*

v.

ECONLIT LLC AND DWIGHT DUNCAN

*Defendant(s)*

Civil Action No. 1:17-CV-10186

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ECONLIT LLC, 3200 NORTH CENTRAL AVE., SUITE 1850, PHOENIX, AZ, 85018
DWIGHT DUNCAN, 2251 N. 32ND ST., LOT 33, MESA, AZ, 85213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CONRAD JORDAN, ESQ.
JORDAN & LEVERRIER, P.C.
257 PANTIGO ROAD
EAST HAMPTON, NEW YORK 11937

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/22/2018

_____
*Signature of Clerk or Deputy Clerk*