UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Adam Victor et al         Plaintiff,

Case No. 1:17-cv-10186

-against-

EconLit LLC and Dwight Duncan    Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Janeen Marie Thomas**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JT4658        My State Bar Number is 4069506

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: The J. Thomas Law Firm, P.C.
             FIRM ADDRESS: 445 Broadhollow Road - Suite 25  Melville, NY 11747
             FIRM TELEPHONE NUMBER: 516-515-9755
             FIRM FAX NUMBER: 866-941-4690

NEW FIRM:    FIRM NAME: Wilson Elser Moskowitz Edelman & Dicker LLP
             FIRM ADDRESS: 1133 Westchester Avenue  White Plains, NY 10604
             FIRM TELEPHONE NUMBER: 914-323-7000
             FIRM FAX NUMBER: 914-323-7001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: March 26, 2018

ATTORNEY'S SIGNATURE