

April 26, 2018

*Janeen M. Thomas*
*914.872.7650 (direct)*
*Janeen.Thomas@wilsonelser.com*

**VIA Electronic Case Filing**
Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1305
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/18
```

Re: Request for Extension of Time for Econlit LLC and Dwight Duncan to Answer or Otherwise Respond to Plaintiff's Complaint
*Adam Victor et al v. Econlit LLC and Dwight Duncan*
Docket No.:  17-cv-10186
Our File No:  1593.1341

Dear Judge Engelmayer:

We represent Econlit LLC and Dwight Duncan ("Defendants") in the above referenced matter. This letter-motion is submitted in support of Defendants' second request for an extension of time for Defendants to answer, move or otherwise respond to plaintiffs' Complaint.

Defendants filed their first letter-motion for an extention of time to answer, move or respond to plaintiffs' complaint on March 26, 2018. At that time, Econlit's response to plaintiffs' complaint was due March 26, 2018 to the extent the Affidavit of Service filed with the court was valid. As there was no Affidavit of Service filed with regard to Dwight Duncan, it was unknown if Dwight Duncan's time to respond to the complaint had yet commenced.

On March 27, 2018, this Honorable Court granted Defendants' letter-motion, and extended their deadline to April 26, 2018.

Defendants now request a further extension of time to answer, move or otherwise respond to plaintiffs' complaint until, and including, May 25, 2018 because the Defendants learned yesterday that the plaintiffs are willing to mediate this dispute. Accordingly, we requested, and plaintiff's counsel consented, to a further extension of time for Defendants to respond to plaintiffs' complaint based on efforts to resolve this matter by mediation.

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix • San Diego
San Francisco • Sarasota • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

7019022v.1

This is our second request for an extension of time to answer or otherwise respond.

We thank the Court for its attention to this matter.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

*/s/ Janeen Thomas*

Janeen Thomas

cc:   Conrad Jordan, Esq.

So Ordered: _____

Honorable Judge Paul A. Engelmayer

Granted. Upon counsel's representations that plaintiffs consent and that this extension is necessary to facilitate mediation, the Court hereby extends defendants' deadline by which to answer or otherwise respond to the complaint to May 25, 2018. The parties should not expect any further extensions of this deadline.

**SO ORDERED:**        4/26/18

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE